I'm a lawyer. I'm a lawyer. I'm a lawyer. My name is Mark. I'm a civil defense attorney. I'm a civil defense attorney. I'm a civil defense attorney. This is a very similar case to another of your case-resolving issues. We're asking questions here. We're asking questions here. We're asking questions here. This jury has an inquiry. It's an order from Mr. Horne. And of course, Mr. Horne, there is serial lecture to be given. We haven't yet seen Yeah. we haven't yet seen anything.
judges: Kozinski, Berzon, Watford